Robert C. Montgomery, Esq.
Idaho SBN: 1793
2160 S. Twin Rapid Way
Boise, ID 83709
Ph: (208) 322-8865
Fax: (208) 322-8395
bmontgomerylaw@gmail.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF IDAHO**
**SOUTHERN DIVISION**

| | |
|---|---|
| DAVID WILHITE,            ) | |
| )                            | |
| Plaintiff,      ) | |
| )                            | **NOTICE OF SETTLEMENT** |
| v.              ) | Case No.: 1:13-cv-00161-BLW |
| )                            | |
| GC SERVICES, LP      ) | |
| )                            | |
| Defendant.    ) | |

**NOTICE OF SETTLEMENT**

NOW COMES Plaintiff, DAVID WILHITE ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED:  April 22, 2013               RESPECTFULLY SUBMITTED,

                                        KROHN & MOSS, LTD.

                             By: /s/ Robert C. Montgomery

                              Robert C. Montgomery, Esq.
                              Idaho SBN: 1793
                              2160 S. Twin Rapid Way
                              Boise, ID 83709
                              Ph: (208) 322-8865
                              Fax: (208) 322-8395
                              bmontgomerylaw@gmail.com
                              Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was mailed to defendant at the below address:

    Todd P. Stelter
    HINSHAW & CULBERTSON LLP
    222 North LaSalle Street
    Suite 300
    Chicago, Illinois 60601-1081

                            By:    /s/ Robert C. Montgomery

                                     Robert C. Montgomery, Esq.
                                     Idaho SBN: 1793
                                     2160 S. Twin Rapid Way
                                     Boise, ID 83709
                                     Ph: (208) 322-8865
                                     Fax: (208) 322-8395
                                     bmontgomerylaw@gmail.com
                                     Attorneys for Plaintiff