Robert C. Montgomery, Esq.
Idaho SBN: 1793
2160 S. Twin Rapid Way
Boise, ID 83709
Ph: (208) 322-8865
Fax: (208) 322-8395
bmontgomerylaw@gmail.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF IDAHO**
**SOUTHERN DIVISION**

| | |
|---|---|
| DAVID WILHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No.: 1:13-cv-00161-BLW |
| GC SERVICES, LP ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

DAVID WILHITE (Plaintiff), by his attorneys, and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, the above-captioned action, filed against, GC SERVICES, LP (Defendant), in this case.

DATED:  June 20, 2013              RESPECTFULLY SUBMITTED,


                                   By: /s/ Robert C. Montgomery

                                       Robert C. Montgomery, Esq.
                                       Idaho SBN: 1793
                                       2160 S. Twin Rapid Way
                                       Boise, ID 83709
                                       Ph: (208) 322-8865
                                       Fax: (208) 322-8395
                                       bmontgomerylaw@gmail.com
                                       Attorneys for Plaintiff

1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2013, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was mailed to the below address.

    Todd P. Stelter
    HINSHAW & CULBERTSON LLP
    222 North LaSalle Street
    Suite 300
    Chicago, Illinois 60601-1081

                                                By:    /s/ Robert C. Montgomery

                                                           Robert C. Montgomery, Esq.
                                                           Idaho SBN: 1793
                                                           2160 S. Twin Rapid Way
                                                           Boise, ID 83709
                                                           Ph: (208) 322-8865
                                                           Fax: (208) 322-8395
                                                           bmontgomerylaw@gmail.com
                                                           Attorneys for Plaintiff